NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

DEVON FREEMAN,                        )
                                      )
          Appellant,                  )
                                      )
v.                                    )          Case No. 2D19-823
                                      )
STATE OF FLORIDA,                     )
                                      )
          Appellee.                   )
_____)

Opinion filed November 6, 2019.

Appeal from the Circuit Court for
Manatee County; Charles Sniffen,
Judge.

Richard J. Sanders, Assistant Public
Defender, Tampa, for Appellant.


PER CURIAM.


          Affirmed.


LaROSE, MORRIS, and ATKINSON, JJ., Concur.